UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY T. STALEY

                        Plaintiff,                        23-cv-3546 (JPC) (VF)

        -against-                                **<u>ORDER</u>**

HELEN SMART, et al,

                        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      On June 14, 2023, I granted Plaintiff leave to amend his complaint, giving him until July 14, 2023 to file his proposed amended complaint. On July 12, 2023, the Honorable John P. Cronan received an email from Plaintiff. I construe Plaintiff's email as a request for an extension of time to file his proposed amended complaint. **That request is granted, and Plaintiff's proposed amended complaint is now due by no later than August 14, 2023.**

      Plaintiff is reminded that filings are accepted through the U.S. mail or the drop box located in the lobby of the Courthouse at 500 Pearl Street New York, NY 10007. Additionally, a pro se party may file documents by email to the Clerk's office. Instructions for such filings are available on the Court's website at [www.nysd.uscourts.gov/forms/instructions-filing-documents-email](www.nysd.uscourts.gov/forms/instructions-filing-documents-email). Should Plaintiff have any other procedural questions, he is instructed to contact the Pro Se Intake Unit at (212) 805-0175.

      Lastly, I note that this is not the first time Plaintiff has contacted Judge Cronan by email. Plaintiff should note that all communications to the Court must be made by filings to the docket. Plaintiff is directed not to email the Judge Cronan regarding this case.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and note service on the docket.

**SO ORDERED.**

DATED:   New York, New York
         July 13, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge