UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY T. STALEY

                        Plaintiff,                          **23-cv-3546 (DEH) (VF)**

-against-                                    **ORDER**

HELEN SMART, et al,

                      Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff's deadline to respond to Defendant's motion to dismiss passed on October 17, 2023. Plaintiff is directed to file a letter explaining his delay, or alternatively, submit his response, by no later than **November 3, 2023.**

      **SO ORDERED.**

DATED:    New York, New York
               October 20, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge