**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

ANTHONY T. STALEY

                    Plaintiff,                      **23-cv-3546 (JPC) (VF)**

          -against-                          **ORDER**

HELEN SMART, et al,

                   Defendants.

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      In lieu of an initial case management conference, an in-person conference to address Defendants' motion to stay discovery in this matter (ECF No. 45) and Plaintiff's motion to enforce the cease-and-desist letter (ECF No. 42) is hereby scheduled for January 9, 2024 at 11:00 a.m. **Plaintiff and counsel for Defendants are directed to appear in person in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York at the scheduled time.** The parties are no longer directed to confer ahead of January 9, 2024 as stated in the scheduling order at ECF No. 44.

      Defendants' request for an extension of time until December 18, 2023 to respond to Plaintiff's motion to enforce the cease-and-desist letter is **GRANTED.** The Clerk of Court is directed to terminate the motions at ECF Nos. 45 and 46.

**SO ORDERED.**

DATED:     New York, New York
            December 11, 2023

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge