UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY T. STALEY

                   Plaintiff,                      **23-cv-3546 (JPC) (VF)**

       -against-

                                                               **ORDER**

HELEN SMART, et al,

                   Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff is reminded that although he is not required to do so he may submit a reply in further support of his motion to enforce the cease and desist letter at ECF No. 42. The deadline to submit any such reply is **January 5, 2024.**

**SO ORDERED.**

DATED:    New York, New York
                 December 20, 2023

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge