UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANTHONY T. STALEY,

                              Plaintiff,                        23 **CIVIL** 3546 (DEH)

        -against-                                    **JUDGMENT**

HELEN SMART, et al.,

                              Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 14, 2024, that the Report is ADOPTED IN FULL.

**Dated:**  New York, New York

        August 15, 2024

                                                                  **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                                      **BY:**
                                               _____
                                                       **Deputy Clerk**