UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY T. STALEY,<br><br>                        Plaintiff,<br><br>     v.<br><br>HELEN SMART, et al.,<br><br>                        Defendants. | 23 Civ. 3546 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      A referral order issued April 28, 2023, referred this matter to Magistrate Judge Valerie Figueredo for general pre-trial supervision and a report and recommendation on all dispositive motions. *See* ECF No. 8. On September 19, 2023, Defendants moved to dismiss the operative complaint. *See* ECF No. 29. On February 2, 2024, Plaintiff filed a motion to implement, which the Court construed as a request for injunctive relief. *See* ECF No. 53. On July 30, 2024, Judge Figueredo issued a Report and Recommendation (the "Report"), recommending that the motion to dismiss be granted and the request for injunctive relief be denied. *See* Report 32, ECF No. 56. Plaintiff had until July 30, 2024, to file any objections to the Report. *See* Fed. R. Civ. P. 72(b) (giving parties fourteen days to file written objections); *see also* Pro Se Consent to Receive Electronic Service, ECF No. 4. No objections were filed. An order issued August 14, 2024, adopted the Report in full.

      On August 20, 2024, a motion for reconsideration and/or an extension of time from Plaintiff docketed. *See* ECF No. 59. Plaintiff's motion states that he reached an agreement with defense counsel to extend the time to file objections to August 27, 2024, and electronically filed a request for the Court to approve this extension on August 13, 2024. *See id.*

      It is hereby **ORDERED** that Plaintiff's time to file a motion for reconsideration of the August 14, 2024, order is **EXTENDED** from August 28, 2024, to **September 11, 2024.**

2

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated:  August 21, 2024
           New York, New York

 

_____
DALE E. HO
United States District Judge