UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANTHONY T. STALEY

                          Plaintiff,                          **23-CV-3546 (JPC) (VF)**

              -against-                                  **ORDER**

HELEN SMART, et al,

                        Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

       On April 21, 2025, the Court entered a final order, denying Plaintiff's motion for reconsideration and closing this case. ECF No. 79. On May 5, 2025, Plaintiff filed a notice of appeal to the U.S. Court of Appeals for the Second Circuit. ECF No. 80. Plaintiff is directed to perfect his appeal to the Circuit, as this Court no longer has jurisdiction over the case. And the requested relief Plaintiff seeks at ECF No. 82 is not the type of relief the Court can grant after final judgment while the case is on appeal.

       The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 82

      **SO ORDERED.**

DATED:      New York, New York
                May 21, 2025

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge